UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE ORR-WILLIAMS,

                Plaintiff,

-against-

COUNTY & STATE, ET AL.,

                Defendants.

23-CV-10593 (LTS)

ORDER DIRECTING PAYMENT OF FEE
OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

    Plaintiff submitted an IFP application, but he has not provided enough information for the Court to determine that he is unable to pay the filing fees. Plaintiff states that he is currently unemployed, but he does not provide answers to the questions on the form asking for his last date of employment and his gross monthly wages at the time. He states that he has no source of income and does not answer the question asking him to explain how he is paying his expenses. Plaintiff further states that he has no money in cash or a bank account, no property, no monthly expenses, including housing and food costs, no dependents, and no debts or financial obligations. Because Plaintiff essentially provides no information about his financial situation, the Court is unable to conclude, at this time, that Plaintiff is unable to afford the filing fees.

    Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 23-CV-10593, and address the deficiencies

described above by answering all applicable questions, explaining how he is meeting the costs of living, and providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 12, 2023
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge